*W. Quarles*, for the defendant.

---

THE STATE *v.* SHEARER.—In error.

AN indictment charged the defendant *S.* with retailing liquor in *Noble* county without license, "to be drunk in the house of him the said *S.* where the same was so sold as aforesaid." *Held*, that the fact that the said house was in *Noble* county (supposing it ought to appear) was shown with sufficient certainty.